

**FILED**
Jun 29 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ yeseniab   DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JERRED BERG (1),<br>TAYLER LAIDLER (2),<br><br>　　　　　Defendant. | Case No.: '17 CR1751 JLS<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine, Cocaine, and Heroin (Felony) |

The Acting United States Attorney charges:

### Count 1

On or about May 30, 2017, within the Southern District of California, defendants JERRED BERG and TAYLER LAIDLER, did knowingly and intentionally import 500 grams and more, to wit: approximately 12.60 kilograms (27.72 pounds) of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

### Count 2

On or about May 30, 2017, within the Southern District of California, defendant JERRED BERG and TAYLER LAIDLER, did knowingly and intentionally import 500 grams and more, to wit: approximately .58 kilograms (1.28 pounds) of a mixture and substance containing a

SLE:dca:6/8/2017

detectable amount of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

### Count 3

On or about May 30, 2017, within the Southern District of California, defendant JERRED BERG and TAYLER LAIDLER, did knowingly and intentionally import one kilogram and more, to wit: approximately 3.68 kilograms (8.10 pounds) of a mixture and substance containing a detectable amount of Heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 6.29.17

ALANA W. ROBINSON
Acting United States Attorney

STEVEN LEE
Special Assistant U.S. Attorney