**RYAN W. STITT**
California State Bar No. 273651
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Ryan_Stitt@fd.org

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Case No: 17CR1751-JLS |
| | ) |
| Plaintiff, | ) Date: September 8, 2017 |
| | ) Time: 1:30 p.m. |
| vs. | ) |
| | ) |
| **JERRED BERG,** | ) **NOTICE OF MOTION AND** |
| | ) **MOTION TO:** |
| Defendant. | ) **1) SUPPRESS STATEMENTS** |

To:   Alana Robinson, Acting United States Attorney;
      Steven Lee, Assistant United States Attorney; and
      Timothy F. Salel, Assistant United States Attorney:

   **Please take notice**, that on September 8, 2017, at 1:30 p.m., Mr. Berg will move for the following suppression motion.

//
//
//
//
//
//

*UNITED STATES V. BERG, 17CR1751-JLS – SUPPRESSION MOTION* - 1

# I.

## Motions

Defendant, Mr. Berg, by and through his attorneys, Ryan W. Stitt, and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) Suppress Statements

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated:    August 23, 2017        */s/ Ryan W. Stitt*_____
                                **Ryan W. Stitt**
                                Federal Defenders of San Diego, Inc.
                                Attorneys for Mr. Berg

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Steven Lee, Assistant United States Attorney
steven.lee@usdoj.gov

Timothy Salel, Assistant United States Attornney
timothy.salel@usdoj.gov

Respectfully submitted,

DATED:  August 23, 2017            *s/ Ryan W. Stitt*
                                  **RYAN W. STITT**
                                  Federal Defenders of San Diego, Inc.