UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JERRED BERG (1), and <br> TAYLER LAIDLER (2), <br><br> Defendants. | Case No.: 17CR1751-JLS <br><br> **ORDER CONTINUING SENTENCING HEARING** |

On the Court's own motion, IT IS HEREBY ORDERED that the Sentencing Hearing is this matter is continued from January 8, 2021 to **March 12, 2021** at **9:00 a.m.** Defendants shall file acknowledgements of the new hearing date by January 8, 2021.

IT IS SO ORDERED.

Dated:  January 4, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

17CR1751-JLS